UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 25-23340-CIV-MARTINEZ**

UNITED STATES OF AMERICA,
Plaintiff,
v.

APPROXIMATELY $10,014,325.40 IN
U.S. CURRENCY SEIZED FROM
ACCOUNT NO. 650168720 AT JP
MORGAN CHASE BANK IN THE NAME
MED-UNION MEDICAL CENTER, INC.,
Defendant *In Rem*.
_______________________________________/

**ORDER OF FORFEITURE BY DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon motion of the United States for entry of an Order of Forfeiture by Default Judgment against the above-captioned Defendant *in Rem* ("Motion"), (ECF No. 8). Being fully advised in the record in this matter and for good cause shown, the Court finds as follows:

1. On July 25, 2025, the United States filed a Verified Complaint for Forfeiture *in Rem* alleging that the following Defendant *In Rem* ("Defendant Asset") was subject to forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure:

(i) Approximately $10,014,325.40 in U.S. currency seized from account number 650168720 at JP Morgan Chase Bank in the name of Med-Union Medical Center, Inc.

(*See* Verified Complaint, ECF No. 1).

2. On July 25, 2025, the Clerk issued a Warrant for Arrest *In Rem* for the Defendant Asset.

3. The United States published notice of this action on an official internet government site for at least 30 consecutive days between August 1, 2025, and August 30, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules. (*See* Declaration of Publication, ECF No. 5).

4. In accordance with Rule G(4)(b) of the Supplemental Rules, the Government sent direct notice of the instant civil forfeiture action and a copy of the Verified Complaint to potential claimants to the Defendant Asset. (*See* ECF No. 6-1).

5. None of the known potential claimants are minors, mentally incompetent, or in military service in the United States. (*See* ECF No. 6-2 (Declaration of Special Agent Rodriguez of the Federal Bureau of Investigation)).

6. To date, no claims have been filed for the Defendant Asset, and the time for doing so has expired.

7. On October 7, 2025, the Clerk of the Court entered a Default against the Defendant Asset. (ECF No. 7).

8. The Motion established that the Court had subject-matter and *in rem* jurisdiction over the Defendant Asset, the United States properly effectuated service of process, and that well-pleaded factual allegations of the Verified Complaint state a claim where relief may be granted.

**THEREFORE**, it is hereby **ORDERED AND ADJUDGED** that:

1. The United States' Motion for Default Judgment, (ECF No. 8), is **GRANTED**.

2. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, default judgment is entered in favor of the United States and against the following property, and against all other persons for failure to timely plead, answer, or otherwise defend the Defendant Asset:

   (i) Approximately $10,014,325.40 in U.S. currency seized from account number 650168720 at JP Morgan Chase Bank in the name of Med-Union Medical Center, Inc.

3. The Defendant Asset is forfeited to the United States of America;

4. Any duly authorized law enforcement official may seize, take possession, and dispose of the Defendant Asset according to law; and

5. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

6. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of October 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record